# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 13, 2016

## NO. 03-16-00068-CV

**Sweeten Truck Center, L.C., Appellant**

**v.**

**Volvo Trucks North America, a Division of Volvo Group of North America, LLC; Texas Department of Motor Vehicles; Board of the Texas Department of Motor Vehicles; Laura Ryan, in her Official Capacity as Chair of the Board of the Texas Department of Motor Vehicles; Whitney Brewster, in her Official Capacity as Executive Director of the Texas Department of Motor Vehicles; and Daniel A. Vitia, in his Official Capacity as Director of the Motor Vehicle Division of the Texas Department of Motor Vehicles, Appellees**

### DIRECT APPEAL ON REMOVAL FROM
### THE 201ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
### AFFIRMED -- OPINION BY JUSTICE FIELD

This is a direct appeal on removal from the district court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order of the Board of the Texas Department of Motor Vehicles. Therefore, the Court affirms the order. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.